

FILED
CLERK U.S. DISTRICT COURT
APR - 8 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Bobbie Lynn Perez DEFENDANT(S). | 2:11-MJ-649 |
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing [revocation]
is set for __April 22__, _____, at __9:30__ ☑ a.m. / ☐ p.m. before the
Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: __April 8, 2011__      _____
                              U.S. District Judge/Magistrate Judge